IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES HICKS, #246241, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 2:07-cv-64-WKW |
| v. | ) | [wo] |
| | ) | |
| RICHARD ALLEN, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The Magistrate Judge filed a Recommendation (Doc. # 12) to which the plaintiff made a timely objection. Upon an independent and *de novo* review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Objection (Doc. # 14) is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. # 12) is ADOPTED;

3. The defendants' motion for summary judgment (Doc. # 10) is GRANTED;

4. Judgment is entered in favor of the defendants and against the plaintiff;

5. This action is DISMISSED with prejudice; and

6. The costs of this proceeding shall be taxed against the plaintiff.

An appropriate judgment will be entered.

Done this 1st day of June, 2007.

                                                  /s/   W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE