IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES HICKS, #246241, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-64-WKW<br>) [wo] |
| RICHARD ALLEN, *et al.* | ) |
| Defendants. | ) |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that judgment is entered in favor of the defendants and that this action is DISMISSED WITH PREJUDICE. Costs are taxed against the plaintiff, for which execution shall issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 1st day of June, 2007.

             /s/   W.  Keith Watkins
            UNITED STATES DISTRICT JUDGE